MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00056 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| PARAMJIT SINGH MANGAT, and JESUS JAVIER HERNANDEZ-HERRERA | DATE: June 4, 2018<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 30, 2018 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **June 4, 2018 at 1:00 p.m.** before Judge Oberto, and to exclude time between the date of this stipulation and June 4, 2018 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case currently includes over 12,000 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants desire additional time in preparation of this case. Defense counsel needs additional time to conduct investigation, review the extensive and voluminous discovery, communicate with their clients, and potentially have settlement negotiations with the government. Thus, the requested continuance will conserve time and resources for the parties and the Court.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

IT IS SO STIPULATED.

DATED: April 10, 2018

/s/Edward M. Robinson
EDWARD M. ROBINSON
Counsel for Defendant
PARAMJIT SINGH MANGAT

DATED: April 10, 2018

/s/Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
JESUS JAVIER HERNANDEZ-HERRERA

DATED: April 10, 2018

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

The time period of the date of this order to June 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 16, 2018**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE