**LAW OFFICE OF MONICA L. BERMUDEZ**
MONICA L. BERMUDEZ, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
JESUS JAVIER HERNANDEZ-HERRERA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS JAVIER HERNANDEZ-HERRERA,<br><br>Defendant | Case No.: 18-CR-00056 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, Jesus Javier Hernandez-Herrera, hereby waives his appearance in person in open court upon the Status Conference set for Monday, April 29, 2019 in Courtroom 7 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, MONICA L. BERMUDEZ. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: April 25, 2019                    */s/Jesus J. Hernandez-Herrera* ____
                                         Jesus J. Hernandez-Herrera


Date: April 25, 2019                    */s/Monica L. Bermudez* _____
                                         MONICA L. BERMUEZ
                                         Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant JESUS JAVIER HERNANDEZ-HERRERA is excused from appearing at this court hearing scheduled for April 29, 2019.

IT IS SO ORDERED.

Dated: __**April 25, 2019**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE