MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00056 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: May 1, 2020 |
| JESUS JAVIER HERNANDEZ HERRERA, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 27, 2020 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for defendant until **May 1, 2020 at 8:30 a.m.**

3. The parties request the continuance so that defendant Hernandez Herrera has adequate time and opportunity to fulfill all of his obligations pursuant to his plea agreement. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on May 1, 2020, at 8:30 a.m.

1

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: January 17, 2020

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: January 17, 2020

/s/Monica Bermudez
MONICA BERMUDEZ
Counsel for Defendant
JESUS JAVIER HERNANDEZ HERRERA

**O R D E R**

IT IS SO FOUND

IT IS SO ORDERED.

Dated: **January 21, 2020**           /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE