MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Jesus Javier Hernandez-Herrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS JAVIER HERNANDEZ-HERRERA,<br><br>Defendant. | CASE NO. 1:18-CR-00056 SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: August 11, 2020<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, JESUS JAVIER HERNANDEZ-HERRERA, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record HENRY CARBAJAL, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 12, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **August 11, 2020 at 8:30 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Additional time is requested to prepare and collect documents for sentencing.

1

b.  The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: June 8, 2020

/s/ *Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
JESUS JAVIER HERNANDEZ-HERRERA

DATED: June 8, 2020

/s/ *Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **June 10, 2020**

_____
UNITED STATES DISTRICT JUDGE

2