McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00056-NONE-SKO |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| JESUS JAVIER HERNANDEZ-HERRERA, | |
| Defendant. | |

On November 12, 2019, defendant Jesus Javier Hernandez-Herrera entered a guilty plea to Count Two – Unlawful Production of an Identification Document in violation of 18 U.S.C. § 1028(a)(1) of the Indictment.

As part of his plea agreement with the United States, defendant Jesus Javier Hernandez-Herrera agreed to forfeit voluntarily and immediately $10,000 as a money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Hernandez-Herrera's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(2), 1028(b)(5), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Jesus Javier Hernandez-Herrera in the amount of $10,000.

2. The above-referenced forfeiture money judgment is imposed based on defendant Jesus Javier Hernandez-Herrera's conviction for violating 18 U.S.C. § 1028(a)(1) (Count Two). Said amount

represents the total amount the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Customs and Border Protection, in its secure custody and control.

Date: December 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

**ORDER**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jesus Javier Hernandez-Herrera in the amount of $10,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Customs and Border Protection, in its secure custody and control.

IT IS SO ORDERED.

Dated: **December 14, 2020**

UNITED STATES DISTRICT JUDGE

APPLICATION AND ORDER FOR MONEY JUDGMENT        2