**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675

Attorney for
Jesus Javier Hernandez-Herrera

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00056 SKO |
| Plaintiff, | **ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |
| vs. | |
| JESUS JAVIER HERNANDEZ-HERRERA, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, Jesus Javier Hernandez-Herrera, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting to allow defendant to travel out of the district.

Mr. Hernandez-Herrera has informed my office that he would like to travel to Kennewick, WA to visit his brother-in-law. Mr. Hernandez-Herrera plans on traveling by vehicle with his family, Felipa Hernandez (wife), Yolanda Hernandez (daughter), Larry Chavez (son-in-law), Alexis Mendoza (granddaughter), Marlene Mendoza (granddaughter), and Sophia Chavez (granddaughter),. Mr. Hernandez-Herrera anticipates leaving Bakersfield, CA on Sunday, February 28, 2021 at 8 a.m. and will return Sunday, March 7, 2021 by 12:00 a.m. The drive will take approximately 15 hours. Mr. Hernandez-Herrera will stay with his brother-in-law, Juan

Enciso, at 1805 W Seventh Place Kennewick, WA 99336. Mr. Enciso lives with his wife, Veronica Enciso, and three children, Daniel Enciso, Jorge Enciso and Jessica Enciso.

Mr. Hernandez-Herrera is on supervised release and is being supervised by United States Pretrial Services Officer Ryan Beckwith. He has no violations since being placed on release and checks in with Officer Beckwith as ordered by the court. Neither Mr. Beckwith or the Assistant Unites States Attorney, Henry Carbajal have an objection to this request.

Mr. Hernandez-Herrera is scheduled for sentencing on May 27, 2021.

Respectfully Submitted,

DATED:  February 17, 2021      */s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Bryan Sahagun

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that defendant is allowed to travel out of district from February 28, 2021 through March 6, 2021.

IT IS SO ORDERED.

Dated: **February 23, 2021**

UNITED STATES MAGISTRATE JUDGE