MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
Jesus Javier Hernandez-Herrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS JAVIER HERNANDEZ-HERRERA,<br><br>    Defendant. | CASE NO. 1:18-CR-00056 SKO<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: August 26, 2021<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

Jesus Javier Hernandez-Herrera, by and through his counsel, Monica L. Bermudez and The United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 27, 2021 at 9:30 a.m.

2. By this stipulation, the parties move to continue sentencing for the defendant until August 26, 2021 at 9:30 a.m.

3. The parties request the continuance so that defendant Hernandez Herrera has adequate time and opportunity to fulfill all of his obligations pursuant to his plea agreement. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on August 26, 2021 at 9:30 a.m.

4. The parties further stipulate and request that the deadlines set for informal objections

1

to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: May 21, 2021

       /s/ Monica L. Bermudez
       MONICA L. BERMUDEZ
       Counsel for Defendant
       Jesus Javier Hernandez-Herrera

DATED: May 21, 2021

       /s/ Henry Carbajal
       HENRY CARBAJAL
       Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: __**May 21, 2021**__             _____
                                              UNITED STATES DISTRICT JUDGE