MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
Jesus Javier Hernandez-Herrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00056 SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| JESUS JAVIER HERNANDEZ-HERRERA, | DATE: January 24, 2022<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, JESUS JAVIER HERNANDEZ-HERRERA, by and through his attorney of record, Monica L. Bermudez, and The United States of America, by and through his counsel of record HENRY CARBAJAL, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 10, 2021, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the sentencing hearing to January 24, 2022 at 10:00 a.m. before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Additional time is requested to allow Mr. Hernandez-Herrera to complete all

1

obligations of the negotiated plea agreement.

    b.    The government does not object to, and agrees with, the requested continuance

IT IS SO STIPULATED.

DATED: December 7, 2021

    /s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Jesus Javier Hernandez-Herrera

DATED: December 7, 2021

    /s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 7, 2021**              /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE