PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00056-JLT-SKO |
| Plaintiff, | MOTION TO DISMISS INDICTMENT AS TO DEFENDANT HERNANDEZ-HERRERA; and ORDER |
| v. | |
| JESUS JAVIER HERNANDEZ-HERRERA, | DATE: TBA<br>TIME: TBA |
| Defendant. | |

### APPLICATION FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the United States Attorney for the Eastern District of California, and Assistant United States Attorney, Henry Z. Carbajal III, hereby seeks leave of court to file a dismissal of the Indictment against, and only against, Jesus Javier Hernandez-Herrera, in Case No. 18-cr-00056 JLT, due to the defendant's death.

Motion to Dismiss                       1

Dated: January 27, 2022                     PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/Henry Z. Carbajal III
                                            HENRY Z. CARBAJAL III
                                            Assistant U.S. Attorney

### DISMISSAL OF SUPERSEDING INDICTMENT

By leave of court, and pursuant Federal Rule of Criminal Procedure 48(a), the United States Attorney moves to dismiss the Indictment against, and only against, Jesus Javier Hernandez-Herrera, in Case No. 18-cr-00056 JLT, due to the defendant's death.

Dated: January 27, 2022                     PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/Henry Z. Carbajal III
                                            HENRY Z. CARBAJAL III
                                            Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED, that upon application of the United States Attorney and in the interest of justice, the United States Attorney dismisses the Indictment in this matter against, and only against, Jesus Javier Hernandez-Herrera, in Case No. 18-cr-00056 JLT.

IT IS SO ORDERED.

Dated: **January 27, 2022**                 _____
                                            UNITED STATES DISTRICT JUDGE

Motion to Dismiss                           2